No. 882. KIRK v. HEINZE, WARDEN. March 10, 1947. Petition for writ of certiorari to the Supreme Court of California denied.

No. 891. WATKINS v. SMYTH, SUPERINTENDENT. March 10, 1947. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *W. A. Hall, Jr.* for petitioner.

No. 895. HABERMANN v. NEW YORK. March 10, 1947. Petition for writ of certiorari to the Court of General Sessions of New York County, New York, denied.

No. 897. KYNETTE v. DUFFY, WARDEN; and
No. 984. MANDELL v. DUFFY, WARDEN. March 10, 1947. Petitions for writs of certiorari to the Supreme Court of California denied.

No. 1039. RHODES v. NIERSTHEIMER, WARDEN.

No. 1053. BURNER v. NIERSTHEIMER, WARDEN.

No. 1054. BRANCATO v. ILLINOIS; and
No. 1056. THOMPSON v. RAGEN, WARDEN.

March 10, 1947. Denied.

No. 944. BLOCH v. UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *William H. Fryer* for

petitioner. *Acting Solicitor General Washington, Robert S. Erdahl, Sheldon E. Bernstein, William E. Remy, David London, Samuel Mermin* and *Albert J. Rosenthal* for the United States.

No. 973. PIONEER MILL CO., LTD. *v.* VICTORIA WARD, LTD. ET AL. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Urban E. Wild* for petitioner. *Robert M. Searls* for Victoria Ward, Ltd. et al., respondents.

No. 983. ALLEN *v.* UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Lawrence Kovalsky* and *David Goldstein* for petitioner. *Acting Solicitor General Washington, W. Marvin Smith, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 989. PETERSON ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Philip J. Schneider* and *Morison R. Waite* for petitioners. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 990. FRIEDMAN *v.* SCHWELLENBACH, SECRETARY OF LABOR, ET AL. March 17, 1947. Petition for writ of certiorari to the United States Court of Appeals for the